■ In the Matter of the EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. BETH ANN PIENTA, as Successor Executrix of LEE HOLDSWORTH, Deceased, and as Executrix of CAROL A. HOLDSWORTH, Deceased, Respondent, v A.W. CHESTERTON COMPANY et al., Defendants, and CRANE Co., Appellant. (Appeal No. 3.) [34 NYS3d 922]—Appeal from an order of the Supreme Court, Erie County (Jeremiah J. Moriarty, III, J.), entered June 10, 2015. The order directed entry of judgment for plaintiff against defendant Crane Co.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Whalen, P.J., Carni, NeMoyer, Troutman and Scudder, JJ.